IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES,
RESPONDENT

V.

REYNALDO RODRIGUEZ,
PETITIONER

CA 06 450ML

DOCKET NO.: 04-104ML

MOTION REQUESTING LEGAL REPRESENTATION PURSUANT TO 18 U.S.C. §3006A

Comes Now, Reynaldo Rodriguez("petitioner") respectfully requesting this court to appoint him counsel in regards to his 28 § 2255 motion to vacate, set aside, or correct a sentence by a person in federal custody.

AUTHORITY

18 U.S.C. § 3006A(2)(B) states:

Each United States District Court, with the approval of the judicial council of the Circuit, shall place in operation throughout the District a plan for furnishing representation for any person financially unable to obtain adequate representation in accordance with this section. Representation under each plan shall include counsel and investigative, expert, and other services necassary for adequate representation. Each plan shall provide the following:

(2) whenever the United States Magistrate [U.S. Magistrate Judge] or the court determines that the interest of justice so require, representation may be

> provided for any financially eligible person who - -
>
> (B) is seeking relief under section 2241, 2254 or 2255 of Title 28.

ARGUMENT

Through all the petitioner's proceedings, he is entitled to have the right to counsel and 18 U.S.C. § 3006A(2)(B) is the vehicle that gives the petitioner the authority and right to have appointed counsel during his 28 U.S.C. § 2255 petition. See, United States v. Edwards, 281 f. Supp. 632 (2d cir. 1968)("The Equal Protection Clause requires that an indigent defendant be granted assigned counsel...").

It has been noted throughout the petitioner's entire judicial proceedings that he has a ninth grade education and therefore he cannot grasp the legal terminology and be able to clearly formulate an adequate legal representation of himself and is in need of assigned counsel.

Rule 44 clearly states:

> (A) Right to appointed counsel:
>
> A defendant who is unable to obtain counsel is entitled to have counsel appointed to represent the defendant at every stage of of the proceeding from initial appearance through appeal, unless the defendant waives his right.

CONCLUSION

For the reasons stated above, the petitioner humbly request that this court grant his motion to have assigned counsel represented throughout his entire 28 U.S.C. § 2255 petition.

Respectfully submitted,

Reynaldo Rodriguez

Reynaldo Rodriguez
Reg. No. 05522-070
USP Canaan
PO Box 300
Waymart,PA 18472

Date: October 4, 2006