UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CA 06-450 ML

REYNALDO RODRIGUEZ

## MEMORANDUM AND ORDER

Petitioner has filed a motion for appointment of counsel to assist him with his petition filed pursuant to 28 U.S. C. § 2255. Ordinarily, such motions are not granted because the proceedings under Section 2255 are not particularly complex and petitioners are sufficiently capable of representing their interests. This case is no more complex than most petitions under Section 2255, and petitioner has, through his filings, demonstrated his ability to articulate his claims. Accordingly, the motion for appointment of counsel is DENIED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
October 16, 2006