UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

REYNALDO ROGRIGUEZ

vs. CA 06-450ML

UNITED STATES OF AMERICA

ORDER

The Government is hereby ordered to file its response to the "Petition Under 28 U.S.C. § 2255 for Writ of Habeas Corpus by a person in federal custody." Said response will be filed on or before **November 6, 2006.**

SO ORDERED

Mary M. Lisi
Mary M. Lisi
United States District Judge
October 16, 2006

Entered as an Order of this Court on October 16, 2006.

Barbara Barletta
Deputy Clerk