IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
OCT 30 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
RESPONDENT

V. CASE NO.: 1:06-cv-450

REYNALDO RODRIGUEZ,
PLAINTIFF

MOTION FOR TIME EXTENSION

Comes Now, Reynaldo Rodriguez("Plaintiff"), respectfully requesting this Court to grant him a time enlargement to file his Memorandum of Law in support of his Title 28 U.S.C. § 2255 motion to vacate, set aside or correct a sentence.

The plaintiff humbly makes this request becasue on October 20, 2006, the plaintiff received an order from this Court denying his motion to have the Court appoint counsel to him.

Therefore, the plaintiff is requesting to have extra time to prepare and present the facts and law supporting his §2255 motion to vacate, set aside or correct a sentence.

Granted. Petitioner shall file his Memorandum of law on or before November 20, 2006.
Mary M. Lisi
USDJ
10/30/06

Respectfully submitted,

[signature]
Reynaldo Rodriguez, pro se

Date : October 21, 2006