# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**REYNALDO RODRIGUEZ,**
**Petitioner,**

**v.** **C.A. 06-450ML**

**UNITED STATES OF AMERICA**
**Respondent.**

## JUDGMENT

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for respondent UNITED STATES OF AMERICA against petitioner REYNALDO RODRIGUEZ pursuant to this Court's Memorandum and Order dated June 20, 2007, denying Petitioner's Motion to Vacate, Set Aside and/or Correct his Sentence pursuant to 28 U.S.C. § 2255.**

**Enter:**

**Deputy Clerk**

**DATED: June 20, 2007**