IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF | |
| V. | CASE NO.: 1:06-cv-450 |
| | HONORABLE MARY M. LISI |
| REYNALDO RODRIGUEZ,<br>DEFENDANT | |

**NOTICE OF APPEAL**

Comes Now, the defendant, Reynaldo Rodriguez, filing a timely Notice of Appeal. This Notice of Appeal is in reference to the order of denial of the defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. §2255 that was initially filed with this Court on November 14, 2006 and was denied by the Honorable Mary M. Lisi on June 20, 2007. Therefore this Notice of Appeal is filed in a timely fashion.

Respectfully submitted,

Reynaldo Rodriguez, pro se

Reynaldo Rodriguez
Reg. No. 05522-070
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18472

Date July 14, 2007