UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DiMARZIO
CLERK OF COURT

July 23, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**
**ATTN: Ms. Donna Barchard**

CA 06-450ML (Related criminal case#: CR 04-104ML) CCA# 07-2158
Reynaldo Rodriguez v. USA

Dear Clerk of Court:

Enclosed herewith you will find a certified copy of Mr. Rodriguez' Notice of Appeal, together with a certified copy of the docket entries in the above entitled case. Please note that Mr. Rodriguez has not yet filed a Motion for Certificate of Appealability in the district court.

Kindly return the attached copy of this letter as acknowledgment of receipt.

Sincerely yours,

DAVID DiMARZIO
CLERK OF COURT

DEPUTY CLERK

**Enc.: Certified copies of: Notice of Appeal (Doc# 15), Judgment (Doc# 14), Memorandum and Order denying M/Vacate Sentence ("2255")** (Doc #13)
**Certified dockets for CA 06-450ML & related criminal case CR 04-104ML**