IN THE UNITED STATES DISTRICT COURT

CA 06-450 ML

| | |
|---|---|
| UNITED STATES of AMERICA | APPEAL No.: 07-2158 |
| Name of Plaintiff(s) | Civil Case No. |
| v. | Judge |
| REYNALDO RODRIGUEZ | (Number and Judge to be assigned by court) |
| Name of Defendant(s) | |

Granted. Mary M. Lisi USDJ 8/8/07

APPLICATION TO PROCEED IN FORMA PAUPERIS

PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.

1. ____ I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $250.00 has been paid in full.

2. X I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted? Yes ____ No X

(a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
Yes ____ No ____