IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
PLAINTIFF

V.

CASE NO.: 1:06-cv-450

HONORABLE MARY M. LISI

REYNALDO RODRIQUEZ,
DEFENDANT

**REQUEST FOR CERTIFICATE OF APPEALABILITY**

Comes Now, the defendant, Reynaldo Rodriquez, respectfully requesting this Honorable Court to grant him a Certificate of Appealability("COA").

The defendant filed a Notice of Appeal on July 10, 2007, after his petition to vactae, set aside or correct sentence , pursuant to 28 U.S.C. §2255 was denied by this Court on June 20, 2007.

After the defendant filed his Notice of Appeal, he was given instructions by the United States Court of Appeals for the First Circuit to request for a Certificate of Appealability for the District Court forthwith. Subsequently, the defendant is now making this request.

The defendant was also informed by the United States Court of Appeals for the First Circuit, that after the request for the Certificate of Appealability was made in the District Court, then the defendant must give the Court of Appeals a status

check as to the outcome of the decision of the District Court, by August 30, 2007.

**CONCLUSION**

The defendant humbly request that this Honorable Court grant his request for a Certificate of Appealability.

Respectfully submitted

Reynaldo Rodriquez, pro se

Date: August 8, 2007

Reynaldo Rodriquez
Reg. No. 05522-070
U.S.P. Canaan
P.O. Box 300
Waymart,PA 18472