UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID DiMARZIO
CLERK OF COURT

August 21, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**
**ATTN: Ms. Donna Barchard**

CA 06-450ML (Related criminal case#: CR 04-104ML) **CCA# 07-2158**
Reynaldo Rodriguez v. USA

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL , together with a certified copies of the docket entries in the above entitled case and the related criminal case.. Please note that on August 21, 2007, the district court denied Mr. Rodriguez' Motion for Certificate of Appealability.

Kindly return the attached copy of this letter as acknowledgment of receipt.

Sincerely yours,

DAVID DiMARZIO
CLERK OF COURT

DEPUTY CLERK

**Encl.: case files (CA 06-450ML; related criminal case CR 04-104ML (incl. 2 original transcripts: Doc. Nos. 75 & 76); certified docket entries.**