06-00450
USDCRI
Judge Lisi

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-2158

REYNALDO RODRIGUEZ,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Lynch, Circuit Judge,
Selya, Senior Circuit Judge,
and Howard, Circuit Judge.

JUDGMENT

Entered: January 15, 2008

Petitioner has applied for a certificate of appealability (COA) to appeal from the district court's denial of his petition for a writ of habeas corpus, which asserted several claims of ineffective assistance of counsel. To obtain a COA, petitioner must make a "substantial showing" of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2). After careful consideration of petitioner's arguments in favor of a COA, we deny a COA because petitioner has not shown that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000) (describing showing required to obtain a COA where the district court has rejected the habeas claims on the merits). To the extent petitioner has conclusorily mentioned recent sentencing guideline amendments, we refer him to any remedy he may have under 18 U.S.C. § 3582(c)(2).

The application for a COA is denied, and the appeal is terminated.

By the Court:

Richard Cushing Donovan, Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

[signature]

**Deputy Clerk**

**Date:** 3/10/08

By: MARGARET CARTER
Chief Deputy Clerk.

[cc: Reynaldo Rodriguez, Mary Rogers, AUSA, Donald Lockhart, AUSA]